ROTHENBERG, J.
 

 This is a petition for second-tier certio-rari in a case involving Personal Injury Protection benefits. The petition is hereby denied on the authority of
 
 United Automobile Insurance Co. v. Eduardo J. Garrido, D.C., P.A.,
 
 22 So.3d 120 (Fla. 3d DCA 2009);
 
 United Automobile Insurance Co. v. Perez,
 
 21 So.3d 886 (Fla. 3d DCA 2009);
 
 Partners in Health Chiropractic v. United Automobile Ins. Co.,
 
 21 So.3d 858 (Fla. 3d DCA 2009);
 
 United Automobile Insurance Co. v. Santa Fe Medical Center,
 
 21 So.3d 60 (Fla. 3d DCA 2009) (en banc), petition for review pending, No. SC09-2100, proceedings stayed (Fla. Jan. 5, 2010);
 
 United Automobile Insurance Co. v. Miami Medical Group, Inc.,
 
 20 So.3d 999 (Fla. 3d DCA 2009);
 
 United Automobile Insurance Co. v. Metro Injury & Rehab Center,
 
 16 So.3d 897 (Fla. 3d DCA 2009).
 

 Petition denied.